In the Matter of the Arbitration between STATE FARM MUTUAL INSURANCE COMPANY, Respondent, and JOSEPHINE E. BALFE, Appellant

Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.